## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

*La Mara Salvatrucha*, also known as the MS-13 gang ("MS-13"), was a gang composed primarily of immigrants or descendants of immigrants from El Salvador, with members operating in the State of Maryland, including Baltimore City, Baltimore County, and throughout the United States. In the United States, MS-13 has been functioning since at least the 1980s. MS-13 originated in Los Angeles, California, where MS-13 members banded together for protection against the larger Mexican groups. MS-13 evolved into a gang that engaged in turf wars for the control of drug distribution locations. MS-13 quickly spread to states across the country, including Maryland. MS-13 was a national and international criminal organization and was one of the largest street gangs in the United States. Gang members actively recruited members, including juveniles, from communities with a large number of Salvadoran immigrants.

Members of MS-13 from time to time signified their membership by wearing tattoos reading "MARA SALVATRUCHA," "MS," "MS-13," or similar tattoos, often written in gothic lettering. Members also signified their membership through tattoos of devil horns in various places on their bodies. Members sometimes avoided conspicuous MS-13 tattoos, instead wearing discreet ones such as "503," spider webs, three dots in a triangle formation signifying "vida loca," or clown faces with phrases such as "laugh now, cry later." Some MS-13 members have chosen not to have tattoos at all, or to have them placed on areas such as the hairline where they can be easily covered, in order to conceal their gang affiliation from law enforcement.

The gang colors of MS-13 were blue, black, and white, and members often wore clothing, particularly sports jerseys, with the number "13," or with numbers that, when added together, totaled 13, such as "76." MS-13 members also wore blue and white clothing to represent their membership, including blue and white shoes such as the Nike "Cortez." As with tattoos, some MS-13 members selected more discreet ways of dressing in order to signify their membership and, at the same time, avoid detection by law enforcement.

MS-13 members referred to one another by their gang names, or monikers, and often did not know fellow gang members except by their gang names.

At all relevant times, members of MS-13 were expected to protect the name, reputation, and status of the gang from rival gang members and other persons. MS-13 members required that all individuals show respect and deference to the gang and its membership. To protect the gang and to enhance its reputation, MS-13 members were expected to use any means necessary to force respect from those who showed disrespect, including acts of intimidation and violence. MS-13 had mottos consistent with its rules, beliefs, expectations, and reputation including "*mata, viola, controla*," which translates as "kill, rape, control," and "*ver oir y callar*," which means, "see nothing, hear nothing and say nothing."

2

At all relevant times, members and associates of MS-13 frequently engaged in criminal activity as defined in 18 U.S.C. § 1961(1), including, but not limited to, murder, assault, drug trafficking, robbery, and extortion, as well as attempts and conspiracies to commit such offenses. MS-13 members were required to commit acts of violence both to maintain membership and discipline within the gang, as well as against rival gang members. Participation in criminal activity by a member, particularly in violent acts directed at rival gangs or as directed by gang leadership, increased the respect accorded to that member, resulted in that member maintaining or increasing his position in the gang, and opened the door to a promotion to a leadership position. One of the principal rules of MS-13 was that its members must attack and kill rivals whenever possible. Rivals were often referred to as *"chavalas."* MS-13, in the areas of Anne Arundel County, Baltimore City, Baltimore County, Frederick County, Prince George's County, and Montgomery County, Maryland, maintained rivalries with the 18th Street Gang, the Cruddy Boys, the Highlandtown Boys, the Sureños Gang, and the Bloods Gang, among others. Cooperation with law enforcement is also strictly prohibited under MS-13's rules. It is well understood within the gang that anyone who assists the authorities will be punished with death, and that the gang honors those who have killed police informants.

Prospective members who sought to join MS-13 were required to complete an initiation process. Individuals who associated and committed crimes with the gang, but were not prospective members, were called "paisas." Individuals who did favors and other acts for the gang were called "paros." Persons being observed by the gang for potential membership were known as "observations" or "observaciones." Individuals who were attempting to join the gang were called "chequeos" or "cheqs." Chequeos underwent a probationary period during which they were required to commit crimes on behalf of MS-13 to achieve trust and prove their loyalty to the gang. To join MS-13 and become full members or "homeboys," prospective members were required to complete an initiation process, often referred to as being "jumped in" or "beat in" to the gang. During that initiation, other members of MS-13 would beat the new member, usually until a gang member finished counting aloud to the number thirteen, representing the "13" in MS-13.

MS-13 was an international criminal organization and was organized in Maryland and elsewhere into "cliques," that is, smaller groups operating in a specific city or region. Cliques operated under the umbrella rules of MS-13. MS-13 cliques often worked together cooperatively to engage in criminal activity and to assist one another in avoiding detection by law enforcement. In Baltimore, Maryland and the surrounding area, these cliques included, among others, Huntington Criminales Locos Salvatrucha ("HCLS" or "Huntington"), Virginia Locos Salvatrucha ("VLS"), Carlington Locos Salvatrucha ("CALS"), and Hempstead Locos Salvatrucha ("HLS" or "Hempstead").

MS-13, including its leadership, membership, and associates, constituted an enterprise as defined in 18 U.S.C. §§ 1961(4) and 1959(b)(2), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce ("the Enterprise"). The Enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the Enterprise. The purposes of the Enterprise included the following:

  a. Preserving and protecting the power, territory, and profits of the Enterprise through the use of intimidation and violence, including assaults, murders, and threats of violence;

  b. Promoting and enhancing the Enterprise and its members' and associates' activities;

  c. Enriching the members and associates of the Enterprise through extortion and the sale of illegal controlled substances;

  d. Keeping victims and potential witnesses in fear of the Enterprise and in fear of its members and associates through threats of violence and actual violence; and

  e. Providing assistance to members and associates, in order to hinder, obstruct and prevent law enforcement officers from identifying offenders, apprehending offenders, and trying and punishing offenders.

  From an unknown time but from at least in or about 2019, the Defendant, WALTER MAURICIO ORELLANA-HERNANDEZ, was a member/associate of MS-13. From in or about 2019 through at least in or about October 2021, the Defendant conspired and agreed with members/associates of MS-13 to conduct and participate directly and indirectly in the conduct of the affairs of the Enterprise, that is, the Defendant agreed with members and associates of MS-13 to engage in a pattern of racketeering activity, including conspiracy to commit murder, attempted murder, murder, and drug trafficking.

  In furtherance of the racketeering conspiracy, the Defendant participated in the following acts, among others:

April 25, 2020 Attempted Murder of Victim 1

  In or about April 2020, the Defendant, along with other MS-13 members/associates, including Anuar Dubon-Artiaga ("Artiaga"), Wilson Constanza-Galdomez a/k/a "Humilde" ("Constanza"), Edis Valenzuela-Rodriguez a/k/a "Felon" ("Valenzuela"), Asael Ezekiel Gonzalez-Merlos a/k/a "Clandestino" ("Gonzalez"), and Juvenile Co-Conspirator 1, conspired and agreed to attack Victim 1. On or about April 25, 2020, the Defendant and the other MS-13 members/associates were present at a house located at 427 South Macon Street, Baltimore, Maryland. There, the Defendant and the other MS-13 members/associates saw Victim 1, who lived at the residence, leave the location while wearing Nike Cortez sneakers and a red t-shirt. Red clothing is sometimes worn by MS-13's primary rival, the 18th Street gang. Additionally, Nike Cortez sneakers are often worn by members and associates of MS-13 and it is perceived as an insult to MS-13 members/associates when worn by a rival gang member. Additionally, the Defendant and the other members and associates of MS-13 believed Victim 1, along with Victim 1's brother, were members of the 18th Street gang because they previously saw them wearing red clothing.

  While the Defendant and the other members/associates of MS-13 were at the location, Victim 1 returned home and the Defendant and the other members and associates of MS-13 confronted Victim 1 about Victim 1's shoes in an alley near the house. Valenzuela then ordered

4

Victim 1 to remove his shoes because he told Victim 1 that the shoes could only be worn by MS-13 members. When Victim 1 refused to take off the Nike Cortez sneakers, Valenzuela told the Defendant and the other members and associates of MS-13 that they were going to attack Victim 1. The entire group, including Victim 1, then entered 427 South Macon Street. Once inside, Valenzuela began kicking Victim 1 and Juvenile Co-Conspirator 1 punched Victim 1 in the chest while wearing a pair of brass knuckles. Gonzalez then produced a machete and demanded several times that Victim 1 remove his shoes. When Victim 1 refused to remove his shoes, Gonzalez hit Victim 1 in the face with his machete. Artiaga then hit Victim 1 on the back of the neck with the flat part of his machete and in the wrist, cutting Victim 1's wrist. After being struck with the machetes, Victim 1 began bleeding and then removed his shoes. The Defendant and the other MS-13 members/associates then fled the location and were captured by surveillance cameras running away from the residence. The group disposed of the machetes used in the attack.

When Baltimore City Police Department (BPD) officers arrived at the location, they found Victim 1 bleeding from his face and wrist, along with blood spatter throughout the kitchen and living room, as well as Victim 1's blood-stained Nike Cortez sneakers. Victim 1 was transported to Bayview Medical Center and underwent surgery to repair tendons and ligaments in his left wrist. Victim 1 also suffered permanent scarring to his face and left wrist and arm.

### May 14, 2020 Attempted Murder of Victim 2

On or about May 14, 2020, the Defendant, Gonzalez, Valenzuela, and Constanza saw Victim 2 at a store and told him to meet them at Patterson Park in Baltimore, Maryland to smoke marijuana. The Defendant, Gonzalez, Valenzuela, and Constanza knew Victim 2 was a rival gang member and planned to kill him. Constanza then called Juvenile Co-Conspirator 2, who showed up to help Defendant and the others kill Victim 2. As Victim 2 was walking with the Defendant and the others, Gonzalez stabbed Victim 2. Valenzuela, Constanza, and Juvenile Co-Conspirator 2 began stabbing Victim 2. The Defendant did not have a knife, but he hit Victim 2 with a rock. A woman nearby saw the Defendant and the others attacking Victim 2, called the police, and yelled at them. The Defendant, Gonzalez, Valenzuela, Constanza, and Juvenile Co-Conspirator 2 ran off.

### May 29, 2020 Murder of Victim 3

In or around May 2020, the Defendant along with MS-13 members/associates Jonathan Pesquera-Puerto a/k/a "Truney" ("Pesquera"), Constanza, Valenzuela, and Gonzalez learned that Victim 3, who was an associate of MS-13, was associating with rival 18th Street gang members. Therefore, the gang decided that she had to die. On or about May 29, 2020, Constanza took Victim 3's cell phone and found photographs in her cell phone documenting her association with 18th Street gang members, a violation of MS-13 rules. Constanza used the Defendant's phone to take photographs and videos of the pictures and videos in Victim 3's phone. At that point, the Defendant, Constanza, Pesquera, Gonzalez, and Valenzuela devised a plan to kill Victim 3. Using the car of another MS-13 member/associate known as "El Sol," they lured Victim 3 to a park in Baltimore County. Gonzalez drove the vehicle, which contained Victim 3, Constanza, Valenzuela, Pesquera, and the Defendant to the park in Baltimore County, Maryland. Once at the location, the group, including Victim 3, walked into the park. In the park, the group killed Victim 3 by stabbing her and cutting her with machetes. One of the MS-13 members/associates used a cell phone to take pictures of Victim 3's body as proof for MS-13 leadership that the gang committed the murder.

The group came back to the car, and they all had blood on their clothes and bodies. Victim 3's body was left in the wooded area where it was later discovered by a hiker. Everyone in the group either burned their clothes or threw them away. The medical examiner determined that the cause of Victim 3's death was homicide due to blunt and sharp force traumas.

### June 5, 2020 Murder of Victim 4

In or around June 2020, Gonzalez told the Defendant that Victim 4 cooperated with law enforcement about MS-13 members/associates in New York. On or about June 5, 2020, MS-13 member/associate Roberto Carballo-Sanchez ("Carballo") sent a photograph of Victim 4 to Gonzalez, Valenzuela, and the Defendant to let them know that Victim 4 was at his house, knowing the gang wanted to confront Victim 4 about her cooperation with law enforcement. Gonzalez, Valenzuela, and the Defendant then devised a plan to kill Victim 4. The Defendant intentionally ran into Carballo and Victim 4 and convinced Victim 4 to go to the train tracks in Baltimore City, Maryland under the guise of smoking marijuana. Gonzalez, Valenzuela, and Constanza then met the Defendant, Carballo, and Victim 4 at the train tracks. Once at the train tracks, Carballo left to go to a store. The group then confronted Victim 4 about her cooperation with law enforcement, which Victim 4 initially denied. The group then accused Victim 4 of affiliating with 18th Street because of a tattoo she had which included the year "2018." Valenzuela stabbed Victim 4 first. The Defendant and the others then took turns stabbing Victim 4, killing her. Gonzalez took pictures of the members stabbing Victim 4 and pictures of her body after killing her as proof for MS-13 leadership that the gang committed the murder. The Defendant then helped move Victim 4's body off the tracks. The Defendant and other MS-13 gang members left Victim 4's body near the train tracks in the area, where it was discovered a short time later by an employee of the railroad. The medical examiner determined that the cause of Victim 4's death was homicide due to blunt and sharp force traumas.

### June 6, 2020 Attempted Murders of Victims 5 and 6

On or about June 6, 2020, Juvenile Co-Conspirators 1 and 2 advised Valenzuela that Victim 6, who was previously "greenlit" by the gang, was at a library located in Baltimore City, Maryland. Juvenile Co-Conspirator 2 was at the library. Victim 6 was at the library with Victim 5. Pesquera, Gonzalez, and Constanza went to the library and met with Juvenile Co-Conspirators 1 and 2. The grouped planned to kill both Victim 5 and Victim 6. There, Gonzalez confronted Victim 6 and punched Victim 6. Constanza then kicked Victim 6. Gonzalez then ordered Victim 6 to come with him and ordered Juvenile Co-Conspirators 1 and 2 to take Victim 5 to a separate location. Gonzalez, Pesquera, Constanza, and Victim 6 then forced Victim 6, at knifepoint, to board a bus to Dundalk, Maryland, where the group met up with Valenzuela and the Defendant. In order to get more credit for killing Victim 6, the group forced Victim 6 to make the 18th Street sign with his hands so that it appeared he was a rival member. The group convinced Victim 6 that they would just beat him up and then he would be free to go. The group lured Victim 6 to a location near the water where Constanza hit Victim 6 over the head with a stick. Valenzuela stabbed Victim 6 with a knife and then the Defendant stabbed Victim 6. Victim 6 began to run and was able to escape. The police arrived and arrested the Defendant, Valenzuela, and Pesquera.

### Drug Trafficking

From in or about 2019 through at least in or about October 2021, the Defendant and the other members and associates of MS-13, including, among others, Pesquera, Constanza, Valenzuela, Gonzalez, Artiaga, and Juvenile Co-Conspirators 1 and 2, obtained marijuana, cocaine, and fentanyl, which members/associates then redistributed in neighborhoods in Baltimore City. The proceeds of those sales were then used by the gang.

SO STIPULATED:

_____
Anatoly Smolkin
Assistant United States Attorney

Matthew Hoff
Deputy Chief
Grace Bowen
Trial Attorney
Violent Crime and Racketeering Section

_____
Walter Mauricio Orellana-Hernandez
Defendant

_____
Christopher Purpura, Esq.
Counsel for Defendant