IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.:  SAG 22-409 |
| **WILSON CONSTANZA-GALDOMEZ** | * | |
| **Defendant** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO SUPPRESS TANGIBLE EVIDENCE**

The Defendant, Edward Buddy Hall, by and through counsel, Julie M. Reamy, hereby moves this Honorable Court, pursuant to Rule 12 (b)(3) of the Federal Rules of Criminal Procedure, to suppress any evidence seized in violation of the Fourth Amendment to the United States Constitution and as grounds states the following:

1.  The Defendant is charged by way of Indictment with one count of conspiracy to participate in a racketeering enterprise in violation of 18 U.S.C. 1962(d).

2.  Law enforcement executed a search of the defendant's person on June 11, 2020 and recovered items that the Government intends to use as evidence in the prosecution against the Defendant in this case.

3.  The Defendant contends that he was subjected to an unlawful seizure and the searches that occurred in this case were in violation of his rights under the Fourth Amendment to the United States Constitution and the fruits of that illegal search and seizure must be suppressed.

WHEREFORE, the Defendant requests that this Court grant an Order of Suppression on the grounds alleged herein and any other ground that may become apparent upon a hearing on the motion.

Respectfully submitted,

_____/S/_____
Julie M. Reamy
One Olympic Place, Suite 900
Towson, Maryland 21204
Telephone: (410) 605-0000
Email: juliereamy@gmail.com

## **REQUEST FOR A HEARING**

The Defendant requests a hearing on this Motion pursuant to Local Rule 105-6 of the United States District Court for the District of Maryland.

_____/S/_____

Julie M. Reamy

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of April 2024, a copy of the foregoing *Motion to Suppress Tangible Evidence* was filed electronically in the United States District Court for the District of Maryland, was served electronically through the Clerk of the United States District Court using CM/ECF, upon counsel of record for the government.

_____/s/_____

Julie M. Reamy