IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  Criminal No. SAG-22-0409 |
| | * |
| **WILSON ARTURO CONSTANZA-GALDOMEZ,** | * |
| | * |
| a.k.a. "Humilde," | * |
| a.k.a. "Marco Saravia," | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * *

## NOTICE OF INTENT TO SEEK THE DEATH PENALTY

The United States of America, by and through its undersigned counsel and pursuant to 18 U.S.C. § 3593(a), notifies the Court and Defendant **WILSON ARTURO CONSTANZA-GALDOMEZ a.k.a. "Humilde," a.k.a. "Marco Saravia**," that, in the above captioned case, the United States believes the circumstances in Counts Two and Three of the Superseding Indictment are such that, in the event of a conviction, a sentence of death is justified under 18 U.S.C. § 3591, *et seq.*, and that the United States will seek the sentence of death for these offenses.

The United States proposes to prove the following factors as justifying a sentence of death with regard to Count Two:

1. Defendant **WILSON ARTURO CONSTANZA-GALDOMEZ** was 18 years of age or older at the time of the offense (18 U.S.C. § 3591(a)).

2. The government will prove the following intent factors enumerated under 18 U.S.C. § 3591(a)(2)(A)–(D) in justifying a sentence of death:

    a. **WILSON ARTURO CONSTANZA-GALDOMEZ** intentionally killed the victim. (18 U.S.C. § 3591(a)(2)(A));

  b.  **WILSON ARTURO CONSTANZA-GALDOMEZ** intentionally inflicted serious bodily injury that resulted in the death of the victim (18 U.S.C. § 3591(a)(2)(B));

  c.  **WILSON ARTURO CONSTANZA-GALDOMEZ** intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C)); and

  d.  **WILSON ARTURO CONSTANZA-GALDOMEZ** intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D)).

3. The government will prove the following statutory aggravating factors enumerated under 18 U.S.C. § 3592(c) in justifying a sentence of death:

  a.  **WILSON ARTURO CONSTANZA-GALDOMEZ** committed the offense in an especially heinous, cruel, or depraved manner in that it involved torture or serious physical abuse to the victim. (18 U.S.C. § 3592(c)(6));

  b.  **WILSON ARTURO CONSTANZA-GALDOMEZ** committed the offense after substantial planning and premeditation to cause the death of a person (18 U.S.C. §3592(c)(9)); and

  c.  The victim was particularly vulnerable due to youth. (18 § 3592(c)(11)).

4. Pursuant to 18 U.S.C. § 3593(a), the government will prove the following other

aggravating factors in justifying a sentence of death:

    a.    **WILSON ARTURO CONSTANZA-GALDOMEZ** caused injury, harm, and loss to the victim as well as to the family and friends of the victim. The injury, harm, and loss caused by **WILSON ARTURO CONSTANZA-GALDOMEZ** with respect to the victim is evidenced by the victim's personal characteristics and by the impact of the victim's death upon his family and friends; and

    b.    **WILSON ARTURO CONSTANZA-GALDOMEZ** committed other charged crimes of violence: Conspiracy to Participate in a Racketeering Enterprise as charged in Count 1 of the Superseding Indictment, and Murder in Aid of Racketeering, as charged in Count Three of the Superseding Indictment.

The United States proposes to prove the following factors as justifying a sentence of death with regard to Count Three:

1.    Defendant **WILSON ARTURO CONSTANZA-GALDOMEZ** was 18 years of age or older at the time of the offense (18 U.S.C. § 3591(a)).

2.    The government will prove the following intent factors enumerated under 18 U.S.C. § 3591(a)(2)(A)–(D) in justifying a sentence of death:

    a.    **WILSON ARTURO CONSTANZA-GALDOMEZ** intentionally killed the victim (18 U.S.C. § 3591(a)(2)(A));

    b.    **WILSON ARTURO CONSTANZA-GALDOMEZ** intentionally inflicted serious bodily injury that resulted in the death of the victim (18 U.S.C. § 3591(a)(2)(B));

    c.    **WILSON ARTURO CONSTANZA-GALDOMEZ** intentionally participated in an act, contemplating that the life of a person would be taken or intending

that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C)); and

d. **WILSON ARTURO CONSTANZA-GALDOMEZ** intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D)).

3. The government will prove the following statutory aggravating factors enumerated under 18 U.S.C. § 3592(c) in justifying a sentence of death:

   a. **WILSON ARTURO CONSTANZA-GALDOMEZ** committed the offense in an especially heinous, cruel, or depraved manner in that it involved torture or serious physical abuse to the victim. (18 U.S.C. § 3592(c)(6));

   b. **WILSON ARTURO CONSTANZA-GALDOMEZ** committed the offense after substantial planning and premeditation to cause the death of a person (18 U.S.C. §3592(c)(9)); and

   c. The victim was particularly vulnerable due to youth. (18 § 3592(c)(11)).

4. Pursuant to 18 U.S.C. § 3593(a), the government will prove the following other aggravating factors in justifying a sentence of death:

   a. **WILSON ARTURO CONSTANZA-GALDOMEZ** caused injury, harm, and loss to the victim, as well as to the family and friends of the victim. The injury, harm, and loss caused by **WILSON ARTURO CONSTANZA-GALDOMEZ** with respect to the victim is evidenced by the victim's personal characteristics and

by the impact of the victim's death upon his family and friends; and

b. **WILSON ARTURO CONSTANZA-GALDOMEZ** committed other charged crimes of violence: Conspiracy to Participate in a Racketeering Enterprise as charged in Count 1 of the Superseding Indictment, and Murder in Aid of Racketeering, as charged in Count Two of the Superseding Indictment.

                Respectfully submitted,

                Kelly O. Hayes
                United States Attorney

By:    /s/ Alex Kalim
       Alex Kalim
       Assistant United States Attorney
       36 S. Charles Street, 4th Floor
       Baltimore, Maryland 21201
       Tel.: (410) 209-4800
       Fax: (410) 962-3124
       Alex.Kalim@usdoj.gov

Dated: May 16, 2025