**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF** <br> **STEPHANIE A. GALLAGHER** <br> **UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET** <br> **BALTIMORE, MARYLAND 21201** <br> **(410) 962-7780** <br> MDD_SAGchambers@mdd.uscourts.gov |

May 20, 2025

LETTER ORDER

    Re:  <u>U.S.A. v. Wilson Arturo Constanza-Galdomez</u>
           Criminal Case No. SAG-22-0409

Dear Counsel,

The following schedule is entered for briefing on Motion to Strike the Death Notice:

| | |
|---|---|
| May 28, 2025 | Defense Motions |
| June 4, 2025 | Government Opposition |
| June 11, 2025 | Defense Reply |
| June 12, 2025 | Motions Hearing, if necessary |

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge