# SCHULMAN, HERSHFIELD & GILDEN, P.A.
ATTORNEYS AT LAW
ONE EAST PRATT STREET
SUITE 904
BALTIMORE, MARYLAND 21202
(410) 332 0850
FAX (410) 332 0866

rbardos@shg-legal.com                                                                30 May 2025

**VIA ECF**

Stephanie A. Gallgher, Judge
United States District Court for
the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

        RE:  *United States v. Valenzuela-Rodriquez, et al.*
        Case No. SAG-
        Hearing on June 2, 2025

Dear Judge Gallagher:

    I am writing to request to be excused from the hearing in this matter on June 2, 2025.  the only pending motions on behalf of my client seek the Court's permission to file evidence related motions closer to trial.  I will submit those motions on the pleadings.  As for the Monday hearing, I believe the only pending motion to be heard is on behalf of Ms. Reamy's client and that motion is personal to her client only.  Therefore, I respectfully request the Court's permission for my client and me to be excused from the June 2, 2025 hearing.

    Thank you for your consideration of this matter.

                                      Very truly yours,

                                      Richard Bardos, Of Counsel

RBB:rb
Cc: All Counsel via ECF