

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Alex Kalim*
*Assistant United States Attorney*
*Alex.Kalim@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4850*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

May 30, 2025

Honorable Stephanie A. Gallagher
United States District Court for the
 District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

      **Re: *United States v. Constanza-Galdomez, Valenzuela-Rodriguez, and Pesquera-Puerto*, Criminal No. SAG-22-0409**

Dear Judge Gallagher:

      The Government submits this status report to advise the Court that the above-referenced Defendants had their initial appearances on the recently returned superseding indictment (Doc. 90) on this date. Although defense counsel did not formally request learned counsel at the initial appearances, the Government is aware that the Court previously explained (on April 4, 2025, via letter order (Doc. 76)) that it would "keep the parties apprised of its efforts to identify available learned counsel." If the Court wishes the Government to take any further steps with respect to the appointment of learned counsel pursuant to 18 U.S.C. § 3005, including conferring with the Criminal Justice Act (CJA) Office as to any potential conflicts of interest, we stand ready to do so.

                                          Sincerely,

                                          Kelly O. Hayes
                                          United States Attorney

      By: _____/s/_____
                Alex Kalim
                Assistant United States Attorney