# United States of America

## vs.

## Wilson Constanza-Galdomez

**Criminal No. SAG-22-00409**    **Defendant's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 6/2/25 | 6/2/25 | Search Warrant |
|   |   |   |   |
|   |   |   |   |

Exhibit List (Rev. 3/1999)