

*Alex Kalim*
*Assistant United States Attorney*
*Alex.Kalim@usdoj.gov*

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4850*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

June 9, 2025

Honorable Stephanie A. Gallagher
United States District Court for the
 District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

**Re: *United States v. Constanza-Galdomez, Valenzuela-Rodriguez, and Pesquera-Puerto*, Criminal No. SAG-22-0409**

Dear Judge Gallagher:

The Government submits a brief response to the Defendant's *Reply* found at ECF No. 127. In that filing, the Defendant makes reference to a discovery production made on May 28, 2025, that "appears to be over 40 gigabytes." *Id*. at 10.

The disclosure, which is correctly numbered at 40 gigabytes in totality, contains 14 gigabytes of Baltimore County Police Department body-worn camera footage, as well as 26 gigabytes of jail records, to include surveillance video footage, and jail calls, from 2021 and 2022. Those records alone therefore constitute 39 gigabytes of data.

At this stage, the Government does not intend in all likelihood to use any of the jail records at trial, and would use a very limited amount of bodyworn camera footage at trial. It is the Government's belief that defense counsel have been aware of the existence of the bodyworn camera footage from references made in records tendered in prior disclosures.

Sincerely,

Kelly O. Hayes
United States Attorney

By: ____/s/_____
Alex Kalim
Assistant United States Attorney