IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES | * |
| v. | * Criminal Case No.: SAG-22-409 |
| WILSON ARTURO CONSTANZA-GALDOMEZ, EDIS OMAR VALENZUELA-RODRIGUEZ, and JONATHAN PESQUERA-PUERTO | * |

## **ORDER**

For the reasons stated in the accompanying memorandum opinion, it is this 18th day of June, 2025, ORDERED that:

1. The motion to strike, ECF 101, is granted;

2. The motions to join the motion to strike, ECF 105, 106, 129, are granted;

3. The motion to seal, ECF 103, is granted.

The Clerk is directed to STRIKE the notices of intent to seek the death penalty. ECF 94, 95, 96. A non-capital trial will begin on September 2, 2025.

/s/
Stephanie A. Gallagher
United States District Judge