UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812
MDD_SAGchambers@mdd.uscourts.gov

June 25, 2025

LETTER ORDER

Re: United States v. Wilson Arturo Constanza-Galdomez
Criminal Case No. SAG-22-409

Dear Counsel:

Defendants have requested a status conference to discuss whether the government intends to seek an appeal of this Court's order striking the death notices in this case. ECF 131. The government has represented that the Department of Justice's internal adverse-decision process is ongoing, and that it believes its deadline to file any appeal is July 18, 2025 pursuant to Fed. R. App. P. 4(b)(1)(B)(I). This Court accordingly does not believe a status conference would be productive at this time. The parties are ORDERED to continue their preparations for the September 2, 2025 non-capital trial date.

Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge