**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. 1:22-CR-00409-SAG-1** |
| | § | |
| | § | |
| **WILSON ARTURO** | § | |
| **CONSTANZA-GALDOMEZ** *et al.* | § | |

**<u>BRENT NEWTON'S MOTION TO WITHDRAW AS APPOINTED
COUNSEL</u>**

Brent Newton, appointed co-counsel for Wilson Arturo Constanza-Galdomez,
moves this Court to permit him to withdraw as co-counsel for Mr. Constanza-
Galdomez. This Court appointed counsel to assist lead counsel, Julie Reamy, in
preparing a motion to strike the government's notice of its intent to seek the death
penalty. After the defense filed that motion and replied to the government's response
in opposition to that motion, this Court granted the motion on June 18, 2025. The
government has not appealed that order with 30 days of its entry on the docket –
meaning the order is final and unappealable and this case is no longer a death penalty
case.

Because undersigned counsel has completed his appointed duties in this case,
he moves this Court to permit him to withdraw.

Respectfully submitted,

/s/ *Brent E. Newton*

Brent E. Newton
Maryland Attorney # 2002060016
brentevannewton@gmail.com
19 Treworthy Road
Gaithersburg, MD 20878
202-975-9105

**Counsel for the Defendant**

## CERTIFICATE OF SERVICE

On July 21, 2025, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Brent E. Newton*

Brent E. Newton

2